778 A.2d 620

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Scott SYLTE, Petitioner.**

Supreme Court of Pennsylvania.

July 23, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of July, 2001, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Superior Court is REVERSED and the matter is remanded to the PCRA court. *See Dadario v. Goldberg,* 565 Pa. 200, 773 A.2d 126 (2001).